| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *ex rel.* TIFFANY CAREY, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:19-CV-711-SDJ |
| | § | |
| DALLAS NEPHROLOGY | § | |
| ASSOCIATES | § | |

## <u>ORDER</u>

Before the Court is Defendant Dallas Nephrology Associates' Motion to Stay Discovery. (Dkt. #46). Having considered the motion, the Court concludes that good cause exists to stay discovery. Therefore, the motion to stay must be **GRANTED**.

This case was unsealed on March 22, 2022. Since that time, Dallas Nephrology Associates has filed a motion to dismiss, motion for sanctions, and a motion to quash. Third parties Steve Davis and Digital Discovery have filed a separate motion to quash, and Relators Tiffany Carey and Melissa Mullins have filed a motion to strike and an emergency motion to extend their deadline to respond to the motion for sanctions until after discovery issues related to Davis have been resolved. Having reviewed the record, the Court finds that the motion to dismiss must be resolved before further discovery takes place. As such, the Court will stay all discovery and will also stay further briefing on the motion for sanctions until after it has resolved the motion to dismiss.

It is therefore **ORDERED** that Dallas Nephrology Associates' Motion to Stay Discovery, (Dkt. #46), is **GRANTED** and all discovery in this case is **STAYED**

pending resolution of Dallas Nephrology Associates' motion to dismiss, (Dkt. #25). It is further **ORDERED** that briefing on Dallas Nephrology Associates' motion for sanctions, (Dkt. #40), is **STAYED** pending resolution of the motion to dismiss and, for that reason, Carey and Mullins's Opposed Emergency Motion for Extension of Time, (Dkt. #47), is **DENIED as moot**.

Finally, the Court is aware that at least two third parties have been served with subpoenas in this matter. It is hereby **ORDERED** that the parties must advise any third parties that have been served with subpoenas that the Court has stayed discovery in this matter and must provide such third parties with a copy of this Order.

**So ORDERED and SIGNED this 14th day of September, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE